No. 149. SUN OIL CO. *v.* UNITED GAS IMPROVEMENT CO. ET AL. C. A. 5th Cir. Certiorari denied. *Martin A. Row, Robert E. May* and *Omar L. Crook* for petitioner. *J. David Mann, Jr., William W. Ross* and *John E. Holtzinger, Jr.* for United Gas Improvement Co., and *Kent H. Brown* and *Barbara M. Suchow* for New York Public Service Commission, respondents.

No. 150. THOMAS E. SNYDER SONS CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *John W. Hughes* and *Harold R. Burnstein* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, A. F. Prescott* and *Kenneth E. Levin* for respondent.

No. 152. LUCAS COUNTY FARM BUREAU COOPERATIVE ASSN. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Ralph S. Boggs* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 155. VAPOR BLAST MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Max Raskin* and *Philip L. Padden* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 156. MORROW RADIO MANUFACTURING CO. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Fred S. Gilbert, Jr.* and *Allen A. Bowden* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Robert N. Anderson* and *Norman H. Wolfe* for the United States.